**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| THE GOOD FOUNDATION, INC., | Case No. 25-21092 (JJT) |
| Debtor. | |

**ORDER TO SHOW CAUSE REGARDING DEBTOR'S APPEAL**

On October 17, 2025, The Good Foundation, Inc. (the "Debtor") filed a Chapter 7 bankruptcy petition with this Court. The petition was deficient, in that they failed to timely file a List of Creditors with Attention Lines and upload a List of Creditors. When the Debtor failed to cure the deficiencies in its petition, the Court entered an Order Dismissing Case (ECF No. 5) on October 23, 2025. The Debtor filed a Motion to Reconsider Case Dismissal (ECF No. 9) on October 27, 2025. A hearing was held on the Motion on November 6, 2025. On December 2, 2025, the Court entered a Memorandum of Decision and Order Denying Motion to Reconsider Case Dismissal (ECF No. 27) stating further reasons to deny bankruptcy relief to this Debtor.

On December 15, 2025, the Debtor appealed this Court's Memorandum of Decision and Order Denying Motion to Reconsider Case Dismissal (ECF No. 27) to the U.S. District Court. The appeal is docketed there as 3:25-cv-02095-VDO. On February 4, 2026, the Debtor/Appellant filed its Brief (ECF No. 13). On February 5, 2026, the Court entered the following order:

ORDER: Per Bankruptcy Rule 8018, an Appellee has 30 days from service of the Appellant's brief to file their brief. Accordingly, the Appellee's brief here is due on **March 6, 2026**. Appellant's reply brief, if any, shall be filed on or before March 20, 2026.

(ECF No. 14)

Upon good and sufficient cause, relying upon judicial notice of public records and proceedings and the Debtor's admissions, the Court found good, sufficient, and compelling cause for its dispositions. The issues raised by the appeal implicate the integrity of the bankruptcy process and the futility of the Debtor's contentions and deserve an appellate response.

Whereas William K. Harrington, U.S. Trustee ("U.S. Trustee"), and the Chapter 7 Trustee assigned to the Debtor's estate, Bonnie C. Mangan, have received notice of this Order to Show Cause, it is hereby

**ORDERED:** A show cause hearing shall be held at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT, on February 12, 2026, at 2:00 P.M., whereat the U.S. Trustee and Chapter 7 Trustee shall appear remotely and explain whether and how they plan to participate in this matter. The Debtor and other parties in interest may also appear and be heard.

IT IS SO ORDERED at Hartford, Connecticut this 9th day of February 2026.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut